# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. TORRES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 3:23-cv-00416-RBM-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>**[Doc. 16]** |

On August 29, 2023, Plaintiff Michael A. Torres and Defendant Laboratory Corporation of America filed a Joint Motion to Dismiss Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Motion"). (Doc. 16.) Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the action in its entirety. Each party shall bear costs and attorneys' fees as set forth in the underlying settlement.

///

///

///

**IT IS SO ORDERED**.

DATE: August 30, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE